Fuld, J. (dissenting).
In view of the fact that an award made by arbitrators is well-nigh conclusive, the courts must be especially careful, when the impartiality or objectivity of an arbitrator, appointed as a neutral, is challenged, to make certain that there were no undisclosed disqualifying relationships between such arbitrator and a party which might have prevented-him from rendering an unprejudiced or independent decision. This has been a long-drawn-out, complicated and expensive proceeding, but I do not see how, if the integrity of the arbitral process is to be assured, we may uphold the determination made in this case. I would, therefore, reverse the order and judgment appealed from and vacate the award for the reasons stated by Justice Valente in his dissenting opinion below.
Order and judgment affirmed.